# CIVIL COVER SHEET

APPENDIX H

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law except as provided by the rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANT |
|---|---|
| Ryan Nottis and Ashley Nottis | Gaige Aaron McCartney |
| **(b)** County of Residence of First Listed Plaintiff _Gloucester County, NJ_ (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant _New Castle, DE_ (IN U.S. PLAINTIFF CASE ONLY) NOTE: IN LAND CONTAMINATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(c)** Attorney's First Name, Address, and Telephone Number) Scott Schulman, Esquire  856-486-4343 Petrillo & Goldberg 6951 N. Park Drive Pensauken, NJ 08109 | Attorneys (If Known) Gregory P. Voci, Esquire - 215-627-3087 Styliades, Mezzanotte, Hasson & Rubinate 6th & Chestnut Streets, Suite 500, Philadelphia, PA 19106 |

## II. BASIS OF JURISDICTION (Place an X in one box only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an X in one Box for the Plaintiff and one box for the Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an X in one box only.)

| CONTRACT | TORT | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | - Med Malpractice | ☐ 625 Drug Related Seizure of | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury | Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 RR & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers | Injury Product | ☐ 650 Airline Regs | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | | Safety/Health | | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | **PERSONAL PROPERTY** | ☐ 690 Other | **SOCIAL SECURITY** | Exchange |
| ☐ 153 Recovery of | Liability | ☐ 370 Other Fraud | | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenger |
| Overpayment | x 350 Motor Vehicle | ☐ 371 Truth in Lending | | ☐ 862 Black Lung (923) | 12 USC 3410 |
| of Veteran's Benefits | ☐ 355 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 863 DIWC/DIWW | ☐ 890 Other Statutory Actions |
| ☐ 160 Stockholders' Suits | Product Liability | Property Damages | ☐ 710 Fair Labor Standards Act | (405(g)) | ☐ 891 Agriculture Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSFD Title XVI | ☐ 892 Economic Stabilization Ac |
| ☐ 195 Contract Product | Injury | Product Liability | ☐ 730 Labor/Mgmt. Reporting | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| Liability | | | & Disclosure Act | | ☐ 894 Energy Allocation Act |
| ☐ 196 Franchise | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. | Act |
| **REAL PROPERTY** | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. inc. Security | Plaintiff | ☐ 900 Appeal of Fee |
| ☐ 210 Land Condemnation | ☐ 443 Housing/ | | Act | or Defendant) | Determination Under |
| ☐ 220 Foreclosure | Accommodations | **Habeas Corpus:** | | ☐ 871 IRS - Third Party 26 | Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 444 Welfare | ☐ 530 General | | USC 7609 | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 445 Amer. | ☐ 535 Death Penalty | | | State Statutes |
| ☐ 245 Tort Product Liability | w/Disabilities | ☐ 540 Mandamus & Order | | | |
| ☐ 290 All Other Real Property | Employment | ☐ 550 Civil Rights | | | |
| | ☐ 446 Amer. | ☐ 555 Prison Condition | | | |
| | w/Disabilities | | | | |
| | - Other | | | | |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1. Original Proceeding
- ☒ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from another district (specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §1446(a).

Brief description of cause:
Complaint in Civil Action - Personal Injury/Motor Vehicle

## VII. REQUESTED IN COMPLAINT

☐ Check if this is a CLASS ACTION under F.R.C.P. 23

DEMAND $ Excess of $50,000.00

Check YES only if demanded in complaint
JURY DEMAND: ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY

(See instructions)  JUDGE _____  DOCKET NUMBER _____

DATE  5 | 19 | 15

Gregory P. Voci, Esquire

SIGNATURE OF ATTORNEY OF RECORD  _Gregory P. Voci_

### FOR OFFICE USE ONLY

RECEIPT#_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

# UNITED STATES DISTRICT COURT

APPENDIX F

FOR THE EASTERN DISTRICT OF PENNSYLVANIA - DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiffs: Ryan Nottis, Ashley Nottis, 3505 Pine Drive Williamstown, NJ 08094

Address of Defendants: Gaige Aaron McCartney, 6 Speer Road, Wilmington, DE 19809; AAA Mid-Atlantic, Inc., 100 Commerce Drive, Newcastle, DE

Place of Accident, Incident or Transaction: Southbound I-95 approaching Newport, DE
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.C.P. 7.1(a))      Yes ☐  No ☒

Does this case involve multidistrict litigation possibilities?      Yes ☐  No ☒
*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?      Yes ☐ No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?      Yes ☐ No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?      Yes ☐ No ☒

CIVIL: (Place √ in *ONE CATEGORY ONLY*)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act - Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All Other Federal Question Cases *(please specify)*

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☒ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury *(please specify)Premises liability*
7. ☐ Products Liability
8. ☐ Products Liability – Asbestos
9. ☐ All Other Diversity Cases *(please specify)*

## ARBITRATION CERTIFICATION
*Check appropriate category)*

I, GREGORY P. VOCI, ESQUIRE _____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that, to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and cost;
☐ Relief other than monetary damages is sought.

Date 5|19|15      Gregory P. Voci, Esquire      41890
                   Attorney-at-Law               Attorney I.D. #

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

Date 5|19|15      Attorney-at-Law      41890
                                       Attorney I.D. #

**APPENDIX I**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| RYAN NOTTIS and ASHLEY NOTTIS, h/w | : | |
| Plaintiffs | | |
| vs. | : | CIVIL ACTION |
| | : | |
| GAIGE AARON McCARTNEY and | : | |
| AAA Mid-Atlantic, Inc. | | NO. |
| Defendants | : | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a)  Habeas Corpus - Cases brought under 28 U.S.C. §2441 through §2255.          ( )

(b)  Social Security - Cases requesting review of a decision of the Secretary of
     Health and Human Services denying plaintiff Social Security Benefits.       ( )

(c)  Arbitration - Cases required to be designated for arbitration under
     Local Civil Rule 53.2.                                                      ( )

(d)  Asbestos - Cases involving claims for personal injury or property
     damage from exposure to asbestos.                                          ( )

(e)  Special Management - Cases that do not fall into tracks (a) through
     (d) that are commonly referred to as complex and that need special or intense
     management by the court. (See reverse side of this form for a
     detailed explanation of special management cases.)                          ( )

(f)  Standard Management - Cases that do not fall into any one of the
     other tracks.                                                              **(X)**

5/19/15

Date

Gregory P. Voci
Attorney-at-law

Aaron Gaige McCartney and AAA-
Mid-Atlantic, Inc.

Attorney for Defendants

215-627-3087

Telephone

215-627-0399

Fax Number

gregory.voci@libertymutual.com

E-Mail Address

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RYAN NOTTIS and ASHLEY NOTTIS, h/w    :
      PLAINTIFFS                        NO. 15-
                                         :

VS.                                             :

GAIGE AARON McCARTNEY and AAA MID-
ATLANTIC, INC.,                            :
      DEFENDANTS

## NOTICE OF REMOVAL

**TO THE JUDGES OF THE COURT:**

     AAA Mid-Atlantic, Inc., by and through its counsel, hereby files this Notice of Removal

pursuant to 28 U.S.C. § 1446(a), and respectfully submits as follows:

### I.     STATEMENT OF FACTS ENTITLING DEFENDANT TO REMOVE ON THE BASIS OF DIVERSITY OF CITIZENSHIP

     1.     On or about February 3, 2015, Plaintiffs Ryan Nottis and Ashley Nottis filed a

lawsuit against Defendants, Aaron Gaige McCartney and AAA Mid-Atlantic, Inc.  (Attached

hereto as Exhibit "A" is a copy of Plaintiffs Complaint).

     2.     Plaintiffs filed their complaint in the Court of Common Pleas of Philadelphia

County, Pennsylvania, which is docketed under number 150200528.  (See Exhibit "A").

     3.     The complaint was allegedly served on defendant Aaron Gaige McCartney on

February 20, 2015, and served on defendant AAA Mid-Atlantic, Inc. on April 28, 2015.

     4.     Plaintiffs' action is civil in nature, and the amount in controversy, exclusive of

interest and costs, is in excess of $75,000.00.

5.     The removing Defendant avers that diversity of citizenship exists between the parties in controversy as follows:

a.     Plaintiffs are citizens of the State of New Jersey and reside at 3505 Pine Drive, Williamstown, New Jersey 08094;

b.     AAA Mid-Atlantic, Inc. is a Delaware corporation and its principal place of business is in Delaware; and

c.     Gaige Aaron McCartney is an individual who is a resident of the state of Delaware.

6.     This action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332 and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441, et seq.

7.     This Notice is being filed with this Court within the time for removal set forth in 28 U.S.C. §1446 (b), inasmuch as thirty (30) days has not passed since service was made on the removing Defendant.

8.     Cedefendant Gaige Aaron McCartney consents to removal. (See Exhibit "B").

9.     Copies of all process and pleadings that were received by Defendant when this lawsuit was pending in State Court are attached to this Notice of Removal.

WHEREFORE, Defendant requests that the above action that had been pending against it in the Court of Common Pleas of Philadelphia County be removed to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

**STYLIADES, MEZZANOTTE, HASSON & RUBINATE**

By:  _____
Gregory P. Voci, Esquire
Identification No.  41890
Suite 500 - Public Ledger Building
150 South Independence Mall West
Philadelphia, Pa.  19106
(215) 627-3087
Attorney for AAA Mid-Atlantic, Inc.

## CERTIFICATE OF SERVICE

I, Gregory P. Voci, hereby certify that on the _19th_ day of _May_ ,

2015, I caused a true and correct copy of the foregoing Notice of Removal to be served upon the

individual listed below via the court's electronic filing system as follows:

> Scott D. Shulman, Esquire
> Petrillo & Goldberg
> 6951 N. Park Drive
> Pensauken, NJ 08109

**STYLIADES, MEZZANOTTE, HASSON & RUBINATE**

By: _____

> Gregory P. Voci, Esquire
> Identification No.  41890
> Suite 500 - Public Ledger Building
> 150 South Independence Mall West
> Philadelphia, Pa.  19106
> (215) 627-3087
> Attorney for Defendants

# EXHIBIT "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

FEBRUARY 2015    000528

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| RYAN NOTTIS | GAIGE AARON. MCCARTNEY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 3505 PINE DRIVE<br>WILLIAMSTOWN NJ 08094 | 6 SPEER ROAD<br>WILMINGTON DE 19809 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ASHLEY NOTTIS | AAA MID ATLANTIC INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 3505 PINE DRIVE<br>WILLIAMSTOWN NJ 08094 | 7777 BREWSTER AVENUE<br>PHILADELPHIA PA 19153 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 2 | ☒ Complaint ☐ Petition Action ☐ Notice of Appeal<br>☐ Summons ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**

2V - MOTOR VEHICLE ACCIDENT

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY

FEB 03 2015

D. SAVAGE

**IS CASE SUBJECT TO COORDINATION ORDER?**    YES    NO

ATTEST
APR 01 2015

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: RYAN NOTTIS , ASHLEY NOTTIS

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| SCOTT D. SCHULMAN | PETRILLO & GOLDBERG<br>6951 N. PARK DR.<br>PENSAUKEN NJ 08109 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (856) 486-4343 | (856) 486-7979 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 73642 | sschulman@petrilloandgoldberg.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| SCOTT SCHULMAN | Tuesday, February 03, 2015, 04:51 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

Case ID: 150200528

## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
### COURT OF COMMON PLEAS OF PHILADELPHIA

Ryan Nottis & Ashley Nottis, husband and wife
3505 Pine Drive
Williamstown, NJ 08094

     v.

Gaige Aaron McCartney
6 Speer Road
Wilmington, DE 19809
    and
AAA Mid Atlantic Inc.
7777 Brewster Avenue
Philadelphia, PA 19153





ATTEST
APR 01 2015
REINSTATED
JUDICIAL RECORDS

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

Philadelphia Bar Association
Lawyer Referral
and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

*Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

Asociacion De Licenciados
De Filadelfia
Servicio De Referencia E
Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

10-284

Case ID: 150200528
Case ID: 150200528

PETRILLO & GOLDBERG, P.C.
By: SCOTT D. SCHULMAN, ESQUIRE
Identification No. 73642
6951 North Park Drive
Pennsauken, NJ 08109
(856) 486-4343
ATTORNEYS FOR PLAINTIFF                              **MAJOR JURY**

RYAN NOTTIS
3505 Pine Drive                              PHILADELPHIA COUNTY
Williamstown, NJ 08094                       COURT OF COMMON PLEAS
                                             MAJOR JURY
                 Plaintiff                   TERM,

         And                                 NO.

ASHLEY NOTTIS
3505 Pine Drive
Williamstown, NJ 08094

                 Plaintiff
         v.                                  **ATTEST**

GAIGE AARON McCARTNEY                        APR 01 2015
6 Speer Road
Wilmington, DE 19809                         REINSTATED
                                             JUDICIAL RECORDS
         And

AAA MID ATLANTIC INC.
7777 Brewster Avenue
Philadelphia, PA 19153

                 Defendant(s)

## CODE 2V
## CIVIL ACTION COMPLAINT
## COUNT I
## MOTOR VEHICLE ACCIDENT

1. Plaintiff Ryan Nottis is an adult individual who resides at the above address.

2. Plaintiff Ashley Nottis is an adult individual who resides at the above address.

3.  Defendant Gaige Aaron McCartney is an adult individual who resides at the above address and who, at all times relevant hereto, had minimum contacts with the Commonwealth of Pennsylvania accessing, entering and utilizing the same for work, business and recreational purposes.

4.  Defendant AAA Mid Atlantic, Inc. at all times relevant hereto was a commercial business entity with a business location and employees at the above address which regularly performed business in Philadelphia, county, Pennsylvania.

5.  On or about August 14, 2014, plaintiff Ryan Nottis was operating a motor vehicle on I-95 southbound approaching Newport Delaware that was stopped for traffic present.

6.  On said date defendant Gaige Aaron McCartney operated a vehicle owned by defendant AAA Mid Atlantic Inc., traveling in a southerly direction on I-95 southbound approaching Newport Delaware in such a negligent and careless manner so as to violently strike and cause impact with the rear of that vehicle operated by the plaintiff.

7.  Such negligent and careless acts by defendant Gaige Aaron McCartney caused the plaintiff, Ryan Nottis, to suffer serious, permanent and severe personal injuries.

8.  The above described accident resulted from the negligence and carelessness of defendant Gaige Aaron McCartney and was due in no manner whatsoever to any act or failure to act on the part of the plaintiff.

9.  The negligence and carelessness of defendant Gaige Aaron McCartney consisted of:

(a) Failure to properly operate and control said motor vehicle;

(b) Driving at an excessive rate of speed under the circumstances;

(c) Failing to keep a proper lookout for traffic conditions present; and

(d) Failing to operate the aforementioned vehicle at a speed which the defendant could stop within an assured clear distance ahead.

10. As a proximate and direct result of the above-described accident, the plaintiff, Ryan Nottis, suffered serious injuries and severe personal injuries including, but not limited to: acute, post-traumatic contusion of the head with post-traumatic headaches, post-concussion syndrome secondary to cerebral concussion with cognitive deficits including but not limited to and manifested by visual blurring, loss of consciousness, confusion, dizziness, bilateral tinnitus and decreased memory and concentration; acute, post-traumatic sprain and strain of the cervical spine region with myofascitis with acute, post-traumatic C5-6 disc bulging effacing the adjacent thecal sac, acute, post-traumatic C6-7 disc protrusion/ herniation effacing the adjacent thecal sac with acute, post-traumatic bilateral radicular features clinically manifested; acute, post-traumatic sprain and strain of the thoracic spine region with myofascitis with acute, post-traumatic T11-12 disc bulging pathology; acute, post-traumatic contusion of the chest and abdomen; acute, post-traumatic right carpal tunnel syndrome confirmed on EMG; acute, post-traumatic sprain and strain of the lumbar spine with myofascitis with acute, post-traumatic disc herniation/protrusion pathology at the L5-S1 level with acute, post-traumatic bilateral radicular features clinically manifested with acute right L5 radiculopathy confirmed on EMG and acute, post-traumatic multiple abrasions and contusions including but not limited to the left forearm, left hip and right leg/proximal tibia; all resulting in serious bodily injuries and serious impairment and personal limitation of use of a body function or system.

11. As a result of the above-described accident, plaintiff, Ryan Nottis, has been unable to attend to his daily chores, duties and activities, all to his great detriment and loss.

12.   As a further result of the above-described accident, the plaintiff has suffered severe pain, mental anguish, serious impairments of body functions, including but not limited to sitting, standing, bending, lifting, twisting, turning and other body movements and functions and suffered, and may continue to suffer same for an indefinite time in the future.

13.   As a further result of the above-described accident, the plaintiff, Ryan Nottis, may hereafter suffer a severe loss of earnings and/or impairment of his earning capacity and power, all to his great financial detriment and loss.

WHEREFORE, plaintiff Ryan Nottis, demands judgment in his favor against the defendant Gaige Aaron McCartney and avers that the sum in controversy is in excess of $50,000.00 plus interest and costs of this action.

## COUNT II

### RESPONDEAT SUPERIOR

1.   Each and every paragraph of the first count of this complaint is hereby repeated and incorporated herein as if more fully set at length.

2.   Defendant, AAA Mid Atlantic, Inc., at the time of the aforedescribed vehicular collision and at all times relevant hereto, was the principal or employer of the defendant, Gaige Aaron McCartney.

3.   Defendant, Gaige Aaron McCartney, acted at all times relevant hereto, at the direction of, in furtherance of the goals of, at the request of or in the course of the employment of the defendant, AAA Mid Atlantic, Inc.

4.   At the time of the aforedescribed vehicular collision and at all times relevant hereto, defendant, AAA Mid Atlantic, Inc., was negligent and/or careless in and of its own accord, in its employment and/or engagement of the services or agency of defendant Gaige Aaron McCartney.

Case ID: 150200528
Case ID: 150200528

5.  As a direct and proximate result of the aforegoing, the plaintiff, Ryan Nottis, sustained the aforedescribed injuries and damages and he has been otherwise injured and/or damaged in a permanent and severe manner.

WHEREFORE, plaintiff, Ryan Nottis, demands judgment in his favor, against the defendants Gaige Aaron McCartney and AAA Mid Atlantic, Inc. and avers that the sum in controversy is in excess of $50,000.00 plus interest and cost of this action.

### COUNT III

### NEGLIGENT ENTRUSTMENT

1.  Each and every paragraph of all previous counts of the complaint are hereby repeated and incorporated herein as if more fully set forth at length.

2.  At the time of the vehicular collision underlying this litigation, defendant Gaige Aaron McCartney was operating a vehicle entrusted to him by defendant AAA Mid Atlantic, Inc.

3.  At all times relevant hereto and prior to the subject vehicular collision, the defendant AAA Mid Atlantic, Inc. negligently entrusted its vehicle to the defendant Gaige Aaron McCartney.

4.  As a direct and proximate result of the aforegoing, the plaintiff Ryan Nottis sustained the aforedescribed injuries and damages and he has been otherwise injured and/or damaged in a permanent and sever manner.

WHEREFORE, the plaintiff Ryan Nottis, demands judgment in his favor against the defendants Gaige Aaron McCartney and AAA Mid Atlantic, Inc. and avers that the sum in controversy exceeds $50,000.00 plus interest and costs of the action.

Case ID: 150200528
Case ID: 150200528

## COUNT IV

## LOSS OF CONSORTIUM

1. Each and every paragraph of all prior counts of this complaint is hereby repeated and incorporated herein as if more fully set forth at length.

2. The plaintiff, Ashley Nottis, was, at the time of the aforementioned incident and is at the present time the wife of the plaintiff, Ryan Nottis.

3. As a result of the injuries suffered by her husband as aforesaid, the plaintiff, Ashley Nottis has and will in the future suffer the loss of the aid, comfort, support, usual services and consortium of her husband; and she has been required to provide special care and services for him.

WHEREFORE, the plaintiff, Ashley Notis, demands judgment in her favor against the defendants, Gaige Aaron McCartney and AAA Mid Atlantic, Inc. and avers that the sum in controversy is in excess of $50,000.00 plus interest and costs of this action.

## COUNT V

1. Each and every paragraph of all prior counts of this complaint are hereby repeated and incorporated herein as if more fully set forth at length.

WHEREFORE, the plaintiffs, Ryan Nottis and Ashley Nottis, husband and wife, demand judgment against the defendants, Gaige Aaron McCartney and AAA Mid Atlantic, Inc. and aver that the sum in controversy is in excess of $50,000.00 plus interest and costs of this action.

PETRILLO & GOLDBERG, P.C.

By: _____

SCOTT D. SCHULMAN, ESQUIRE

Dated: February 3, 2015

Case ID: 150200528
Case ID: 150200528

## VERIFICATION

I, Scott D. Schulman, Esquire, hereby state that I am the attorney for plaintiff in this action and the statements in the foregoing are true and correct to the best of my knowledge, information and belief. The undersigned understands that if any of the statements made herein are willfully false that I am subject to punishment pursuant to Pa. C.S.C. ± 4904.

_____
SCOTT D. SCHULMAN, ESQUIRE

Dated:

## VERIFICATION

I, Ryan Nottis, hereby state that I am the plaintiff in this action and the statements in the foregoing are true and correct to the best of my knowledge, information and belief.  The undersigned understands that if any of the statements made herein are willfully false that I am subject to punishment pursuant to Pa. C.S.C. ' 4904.

Ryan Nottis

Dated:

## VERIFICATION

I, Ashley Nottis, hereby state that I am the plaintiff in this action and the statements in the foregoing are true and correct to the best of my knowledge, information and belief.   The undersigned understands that if any of the statements made herein are willfully false that I am subject to punishment pursuant to Pa. C.S.C. ' 4904.

_____
Ashley Nottis

Dated:

# *EXHIBIT "B"*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN NOTTIS and ASHLEY NOTTIS, h/w<br>Plaintiffs | : | CIVIL ACTION – LAW |
| | : | TRIAL DIVISION |
| v. | | |
| | : | NO. |
| GAIGE AARON MCCARTNEY and AAA<br>MID-ATLANTIC, INC.<br>Defendants | : | |
| | | JURY TRIAL DEMANDED |

## DEFENDANT GAIGE AARON MCCARTNEY'S
## CONSENT TO AND JOINDER IN NOTICE OF REMOVAL

Defendant, Gaige Aaron McCartney, hereby consents to removal of the above styled cause

to the United States District Court for the Eastern District of Pennsylvania.

Wherefore, Defendant, Gaige Aaron McCartney, requests this Honorable Court to assume

subject matter jurisdiction.

Respectfully submitted,

STYLIADES, MEZZANOTTE, HASSON & RUBINATE

By: _____*Gregory P. Voci /s/*_____
         Gregory P. Voci, Esquire
         Attorney for defendant, Gaige Aaron McCartney

## CERTIFICATION OF SERVICE

I, GREGORY P. VOCI, ESQUIRE, do hereby certify that service of a true and correct copy of the  Notice of Consent was made on the ___ 18th ___ day of May, 2015, to all counsel of record named by electronic delivery.

STYLIADES, MEZZANOTTE, HASSON & RUBINATE

By:____ *Gregory P. Voci / s/* _____
            Gregory P. Voci, Esquire
            Attorney for defendant

*AFFIDAVITS OF SERVICE*

PETRILLO & GOLDBERG, P.C.
By: SCOTT D. SCHULMAN, ESQUIRE
I.D. No. 73642
6951 North Park Drive
Pennsauken, NJ 08109
(856) 486-4343
ATTORNEYS FOR PLAINTIFFS



---

RYAN NOTTIS and ASHLEY NOTTIS, husband and wife

             Plaintiffs,

       v.

AAA MID ATLANTIC INC., et al,
             Defendants.

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

FEBRUARY TERM, 2015
NO. 0528

---

**AFFIDAVIT**

STATE OF NEW JERSEY:

COUNTY OF CAMDEN:

    I, SCOTT D. SCHULMAN, ESQUIRE, of full age, being duly sworn upon my oath, according to law, do hereby depose and state as follows:

    1. I am an attorney-at-law in the State of Pennsylvania, and I am responsible for the handling of the within litigation.

    2. On April 28, 2015 a copy of the Notice to Defend and Complaint in this matter was served upon defendant AAA Mid Atlantic, Inc. by the Sheriff of Dauphin County. See copy of Sheriff's Return of Service attached hereto as Exhibit "A".

3. I am aware that I am subject to punishment if any of the aforegoing statements made by me herein have been willfully falsified.

SCOTT D. SCHULMAN, ESQUIRE

Sworn to and subscribed
before me this 8th day
of May, 2015.

MARY LOOMIS
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES APRIL 14, 2017

Case ID: 150200528

## *Metro Filing Services, Inc.*

317 S. 13th Street
PHILADELPHIA, PA 19107
(215) 981 FILE

Philadelphia Association of
Professional Process Servers

**AFFIDAVIT OF SERVICE**



| PLAINTIFF(S) | COURT TERM and NO. | COUNTY |
|---|---|---|
| Ryan & Ashley Nottis | 15-02-0528 | Philadelphia |

| DEFENDANT(S) | DATE PREPARED | SERVED BY |
|---|---|---|
| AAA Mid Atlantic Inc. | Apr 15, 2015 | Dauphin County |

| SERVE AT | |
|---|---|
| CT Corp. System<br>116 Pine Street<br>Suite 320<br>Harrisburg, PA 17101 | ☑ Civil Action  ☐ Subpoena<br>☐ Summons  ☐ Notice of Real Estate Sale<br>☐ Writ Of  ☐ Other |
| | COMPANY CONTROL NUMBER<br>108794 |

SPECIAL INSTRUCTIONS

Deputize service to Dauphin County

Served and made known to _____

on the _____ day of _____ , at _____

at _____ , County of _____

Commonwealth of Pennsylvania, in the manner described below:

☐ Defendant(s) personally served
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence who refused to give name or relationship.
☐ Agent or person in charge of Defendants's office or usual place of business.
☐ _____ an officer of said Defendant company.
☐ Other _____

| Description | Age: | Height: | Weight: | Race: | Sex: |
|---|---|---|---|---|---|

On the _____ day of _____ , 19 _____ , at _____

Defendant not found because:  ☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other

**NAME OF SERVER**

Sworn to and subscribed before me this
_____ day of _____ 20 _____

_____ being duly sworn according to law, deposes and says that

he/she is process server herein names; and that the facts herein set forth above are
true and correct to the best of their knowledge, information and belief.

Sheriff _____   Process Server/Competent Adult _____

| Attorney's Name | Scott D. Schulman | ATTEST | Metro Filing Services, Inc. |
|---|---|---|---|
| Firm name | Metro Filing Services, Inc. | | PRO PROTHY |
| Address | 317 South 13th Street<br>Philadelphia, Pa 19107 | | 4/1/15 |
| Telephone # | (215) 981-3453   Client # 9998 | | DATE |

1990 Philadelphia Assoc. of Professional ProcessServers Rev 98.1
Metro Filing Services, Inc, founding member.

**EXHIBIT "A"**

Case ID: 150200528

7013 1090 0001 0785 9818

# Office of the Sheriff



Shelley Ruhl
Real Estate Deputy

Matthew L. Owens
Solicitor

Dauphin County
101 Market Street
Harrisburg, Pennsylvania 17101-2079
ph: (717) 780-6590 fax: (717) 780-6557

Jack Duignan
Chief Deputy

Jack Lotwick
Sheriff

Commonwealth of Pennsylvania     :

County of Dauphin     :

RYAN NOTTIS AND ASHLEY NOTTIS,
HUSBAND AND WIFE
VS
AAA MID ATLANTIC, INC.

Sheriff's Return
No. 2015-T-1185
OTHER COUNTY NO. 150200528

And now: APRIL 28, 2015 at 11:56:00 AM served the within REINSTATED COMPLAINT &

NOTICE upon AAA MID ATLANTIC, INC. by personally handing to JENNIFER SMITH * 1 true

attested copy of the original REINSTATED COMPLAINT & NOTICE and making known to him/her the

contents thereof at C/O CSC, 2595 INTERSTATE DRIVE, SUITE 103 HARRISBURG PA 17110

4/27/15 10:00 - REFUSED BY CT CORPORATION, 116 PINE STREET, SUITE 320, HARRISBURG,
PA 17101. THEY ARE NOT THE REGISTERED AGENT FOR THE DEFENDANT. ·
PER THE PA DEPARTMENT OF STATE, DEFENDANT'S REGISTERED AGENT IS CORPORATION
SERVICE COMPANY, ADDRESS LISTED ABOVE.
* CUSTOMER SERVICE ASSOCIATE

Sworn and subscribed to
before me this 29TH day of April, 2015

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Karen M. Hoffman, Notary Public
City of Harrisburg, Dauphin County
My Commission Expires January 8, 2018

So Answers,

Sheriff of Dauphin County, Pa.

By
Deputy Sheriff
Deputy: W CONWAY
Sheriff's Costs: $41.25 4/24/2015

Case ID: 150200528

# Affidavit / Return of Service

| | | |
|---|---|---|
| **Plaintiff:** | RYAN NOTTIS<br>ASHLEY NOTTIS | **Court Term & No.:** 150200528<br><br><br>E-File# 1502049235 |
| **Defendant:** | GAIGE AARON MCCARTNEY | **Document Served:**<br>Plaintiff's Complaint |
| **Serve at:** | 6 SPEER ROAD | **Company Reference/Control No.:**<br>107198 Scott Schulman #9998 |

Served and Made Known to GAIGE AARON MCCARTNEY on 02/20/2015 at 07:45 PM, in the manner described below:

Adult family member with whom said Party(s) resides. Relationship is: STEPFATHER, BARRY JONES. NAME: _____

| | Age: | Height: | Weight: | Race: | Sex: |
|---|---|---|---|---|---|
| **Description** | | | | | |
| | **Other:** | | | | |

**Company Profile:**
METRO FILING SERVICES, INC
317 SOUTH 13TH STREET
PHILADELPHIA PA 19107
PHONE: (215)981-3453

**Name of Server:** CLIFFORD RICHWAY

Being duly sworn according to law, deposes and says that he/she is process server herein names; and that the facts herein set forth above are true and correct to the best of their knowledge, information and belief.

**Deputy Sheriff:**

FILED AND ATTESTED PRO-PROTHY 25 FEB 2015 10:28 AM

\\zdrafsrv 12/8/11