UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYAN NOTTIS and ASHLEY NOTTIS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GAIGE AARON McCARTNEY and )<br>AAA MID ATLANTIC INC., )<br>)<br>Defendant. ) | C.A. NO.: 1:15-cv-00483-RGA<br><br><br><br>TRIAL BY JURY OF TWELVE<br>DEMANDED |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED and agreed by and between the parties that all claims asserted by the Plaintiffs, Ryan Nottis and Ashley Nottis, against the Defendants, Gaige Aaron McCartney and AAA Mid-Atlantic, Inc. are hereby dismissed with prejudice.

| | |
|---|---|
| ZAVODNICK, ZAVODNICK & LASKY, LLC | LAW OFFICES OF CHRISSINGER & BAUMBERGER |
| /s/Ryan Zavodnick | /s/David L. Baumberger |
| Ryan Zavodnick, Esquire (#4678)<br>1201 N. Orange Street<br>Suite 7252<br>Wilmington, DE 19801<br>Attorney for Plaintiffs | David L. Baumberger, Esquire(#2420)<br>3 Mill Road, Suite 301<br>Wilmington, DE 19806<br>Attorney for Defendants |

DATED:   May 27, 2016

IT IS SO ORDERED this _____ day of _____, 20_____.

_____
J.