UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYAN NOTTIS and ASHLEY NOTTIS, ) | C.A. NO.: 1:15-cv-00483-RGA |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | TRIAL BY JURY OF TWELVE |
| ) | DEMANDED |
| GAIGE AARON McCARTNEY and ) | |
| AAA MID ATLANTIC INC., ) | |
| ) | |
| Defendant. | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED and agreed by and between the parties that all claims asserted by the Plaintiffs, Ryan Nottis and Ashley Nottis, against the Defendants, Gaige Aaron McCartney and AAA Mid-Atlantic, Inc. are hereby dismissed with prejudice.

| ZAVODNICK, ZAVODNICK & LASKY, LLC | LAW OFFICES OF CHRISSINGER & BAUMBERGER |
|---|---|
| /s/Ryan Zavodnick | /s/David L. Baumberger |
| Ryan Zavodnick, Esquire (#4678) | David L. Baumberger, Esquire(#2420) |
| 1201 N. Orange Street | 3 Mill Road, Suite 301 |
| Suite 7252 | Wilmington, DE 19806 |
| Wilmington, DE 19801 | Attorney for Defendants |
| Attorney for Plaintiffs | |

DATED:  May 27, 2016

IT IS SO ORDERED this 31 day of May, 2016.

_____
J.